# Court of Appeals
# of the State of Georgia

ATLANTA,   September 07, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0032. SHARON BUSH ELLISON v. THE STATE.**

On August 10, 2016, Sharon Bush Ellison filed a pro se application for discretionary appeal to this Court seeking review of a state court's order denying her motion to continue a hearing regarding a traffic violation. We, however, lack jurisdiction.

Because the case remains pending in the state court, Ellison was required to follow the procedures for interlocutory review as set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review signed and entered by the trial court, to appeal the order she included with her application materials. See *Gray v. Springs*, 224 Ga. App. 427, 427 (481 SE2d 3) (1997); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). Ellison's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____09/07/2016_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*